B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 11−30020**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brett Stark
   609 South Fourth Avenue
   Libertyville, IL 60048

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6313

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                             FOR THE COURT

Dated: <u>November 17, 2011</u>                          <u>Kenneth S. Gardner, Clerk</u>
                                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 11-30020-ABG
Brett Stark                                                         Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte               Page 1 of 2                  Date Rcvd: Nov 17, 2011
                              Form ID: b18                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2011.
db           +Brett Stark,    609 South Fourth Avenue,    Libertyville, IL 60048-3305
17574049      Bank of America,   Customer Service,    PO Box 5170,   Simi Valley, CA 93062-5170
17574054      Citi Cards,   Payment Processing Center,    P.O. Box 6537,    The Lakes, NV 88901-6537
17574056      CitiMortgage,   P. O. Box 66065,    Dallas, TX 75266-0065
17574057     +City of Peoria, Illinois,    Legal Department,    419 Fulton, Rm 200,    Peoria, IL 61602-1217
17574058     +F&M Bank,   4900 North Glen Park,    Suite A,   Peoria, IL 61614-4685
17574059      IL Dept. of Employmt. Sec.,    Benefit Payment Control,    P.O.Box 4385,    Chicago, IL 60680-4385
17574060     +Libertyville Toyota,    1180 S. Milwaukee Ave.,    Libertyville, IL 60048-3717
17574061     +Mary Beth Stark,    609 S. 4th Avenue,   Libertyville, IL 60048-3305
17574062     +Motorola Employees Credit Unio,    1205 E. Algonquin Road,    Schaumburg, IL 60196-1065
17574063     +PNC,   325 N. Milwaukee Ave.,    Libertyville, IL 60048-2286
17574064     +PNC,   325 North Milwaukee Avenue,    Libertyville, IL 60048-2286
17574065     +Redback Investments, LLC,    c/o Brett Stark,   609 S. 4th Avenue,    Libertyville, IL 60048-3305
17574066     +Richard H. Fimoff,    25 East Washington Street,    Suite 1000,    Chicago, IL 60602-1705
17574068    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P. O. Box 790408,    Saint Louis, MO 63179-0408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17574048     +EDI: AMEREXPR.COM Nov 18 2011 00:48:00     American Express,    P.O. Box 0001,
               Los Angeles, CA 90096-8000
17574050      EDI: BANKAMER.COM Nov 18 2011 00:48:00     Bank of America,    PO Box 851001,
               Dallas, TX 75285-1001
17574051      EDI: CAPITALONE.COM Nov 18 2011 00:48:00     Capital One,    P. O. Box 6492,
               Carol Stream, IL 60197-6492
17574052      EDI: CHASE.COM Nov 18 2011 00:48:00     Chase,   P. O. Box 15298,    Wilmington, DE 19850-5298
17574053      EDI: CITICORP.COM Nov 18 2011 00:48:00     Citi,   Box 6000,    The Lakes, NV 89163-6000
17574055      EDI: CITICORP.COM Nov 18 2011 00:48:00     Citi Cards,    Payment Processing Center,
               Des Moines, IA 50363-0001
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17574067*    +Brett Stark,    609 South Fourth Avenue,    Libertyville, IL 60048-3305
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2011**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte             Page 2 of 2           Date Rcvd: Nov 17, 2011
                              Form ID: b18               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2011 at the address(es) listed below:
         James M Philbrick    on behalf of Creditor   The Farmers and Mechanics Bank jmphilbrick@att.net
         Joseph E Cohen    jcohenattorney@aol.com,   jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard H Fimoff    on behalf of Debtor Brett Stark rfimoff@rsplaw.com,   fb@rsplaw.com
         Richard S Ralston    on behalf of Plaintiff   FIA Card Services, N.A. richardr@w-legal.com,
      angelan@w-legal.com;adaml@w-legal.com
                                                                                                         TOTAL: 5